

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2020

No. 04-20-00442-CV

**IN THE INTEREST OF J.A., Y.A., A.A., CHILDREN**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI01637
Honorable Monique Diaz, Judge Presiding

# O R D E R

On October 15, 2020, appellant filed an unopposed motion to abate the appeal pending the trial court's entry of a modified order. Appellant states in his motion that he believes entry of the trial court's modified order will resolve the basis for his appeal. Accordingly, it is ORDERED that this appeal is ABATED until November 16, 2020. It is further ORDERED that appellant must file a notification regarding the status of the trial court's modified order or a motion requesting an appropriate disposition of this appeal by November 16, 2020. *See* TEX. R. APP. P. 42.1, 43.2; *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180 (Tex. App.—San Antonio 2001, no pet.).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court